UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| JAMAL J. KIFAFI, individually, and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 98-1517 (CKK/AK) |
| ) | |
| HILTON HOTELS RETIREMENT PLAN, HILTON HOTELS CORPORATION, JAMES M. ANDERSON, MATTHEW J. HART, BARRON HILTON, DIETER HUCKESTEIN, and SAM YOUNG, JR., ) ) ) ) ) ) | |
| Defendants. ) ) | |

**PLAINTIFF'S MOTION FOR TEMPORARY STAY AND PROPOSED SCHEDULE FOR BRIEFING ON A STAY UNDER FRCP 62(c)**

Plaintiff requests a temporary stay of the implementation of the Court's Order on awarding back payments and commencing increased benefits pending the completion of briefing on a bond or other terms under F.R.C.P. 62(c) that would secure the Plaintiff class' rights. Plaintiff proposes the briefing schedule set forth below along with the production of appropriate financial records. The grounds for this motion are as follows:

1. On August 31, 2011, this Court ordered "appropriate and equitable [relief] to remedy the violations previously found by the Court" and set out a schedule for implementation, including a January 1, 2012 deadline for Defendants to "award back payments and commence increased benefits for all class members." Dkt.#258 at 2, 9.

2. Under F.R.C.P. 62(c), injunctive relief is not to be stayed pending an appeal without a "bond or other terms" that "secure the opposing party's rights." *McCammon v.*

*United States*, 584 F. Supp. 2d 193, 197 (D.D.C. 2008).

3.  On September 30, 2011, Defendants noticed an appeal, Dkt.#260, but did not move to stay the relief ordered by this Court on August 31, 2011. Pursuant to the Court's Order, Defendants prepared proposed Plan amendments on the "minimal accrual formulas for pre- and post-1982 service." Dkt.#281 at 8. Plaintiff objected that Defendants' proposed amendments included an informal request for a stay, to be effected by defining the "effective date" in direct conflict with the Court's Order, with no bond or other terms attached to secure the rights of the Plaintiffs. This Court rejected Defendants' effort to change the effective date without security on the ground that it would "sidestep the requirements of the Rules." Dkt.#281 at 6. On November 28, 2011, nearly three months after this Court's Order, Defendants filed a motion under seal requesting a stay pending appeal with an expedited briefing schedule on the motion. Dkt.#283.

4.  In a Minute Order entered the same day, this Court found no evidence of conferencing and ordered Defendants to confer with Plaintiff's counsel on a briefing schedule. Plaintiff's counsel have conferenced with Defendants' counsel and offered the temporary stay described herein, but have been unable to reach an agreement on a complete proposed order.

5.  In light of the short time frame before this Court's January 1, 2012 deadline for awarding back payments and commencing increased benefits for all class members, Plaintiff requests that this Court temporarily stay the January 1, 2012 date for

implementation of the Court's August 31, 2011 Order on awarding back payments and commencing increased benefits for all class members pending the completion of briefing on a bond or other terms under F.R.C.P. 62(c) that would secure the Plaintiff class' rights.

6. As support for its November 28, 2011 Motion, Defendants attached a Declaration from an Assistant Controller with Hilton Worldwide who has only two years experience with excerpts from certain consolidated balance sheets for Hilton Worldwide from 2010 and the first three quarters of 2011. Because other information on Hilton's finances is not publicly available and because Hilton's Declaration and supporting documentation are clearly insufficient, e.g., Hilton fails to address the "equity deficit," or negative net worth, shown in Hilton's Consolidated Balance Sheets, Plaintiff requests that this Court direct Defendants to refile their motion to stay by December 8, 2011 with supporting declaration(s) from Hilton Worldwide's CFO or other executive officers and documentation addressing appropriate terms for a bond or other security in light of the "equity deficit," the "[p]ension liability adjustments" shown in Hilton's Consolidated Balance Sheets, and the increased "annual funding to the Plan ... as a result of the Court's orders."

7. Because documentation on Hilton's finances is not publicly available and information about Hilton's pension liabilities is very limited, Plaintiff also requests that the Court direct Defendants to produce its Consolidated Balance Sheets for 2007-2010 and any records related to the "[p]ension liability adjustments" since the 2007 purchase of

Hilton Hotels Corporation, including any adjustments in 2011. Defendants should also be required to produce any and all records estimating the increased "annual funding to the Plan ... as a result of the Court's orders."

8. Under Plaintiff's proposed schedule, Plaintiff's opposition to Defendants' renewed motion for stay will be due by December 22, 2011, and Defendants will file any reply by December 30, 2011.

9. Because the Plaintiff class includes over 23,000 individuals, Plaintiff requests that Defendants' motion to stay, any supporting declarations and any reply should not be filed under seal so that class members will have access to the Court filings concerning their rights.

A Proposed Order in conformity with these points accompanies this Motion.

Dated: November 29, 2011

Respectfully submitted,

/s/ Stephen R. Bruce
Stephen R. Bruce
Allison C. Pienta
805 15th St., NW, Suite 210
Washington, DC 20005-2271
202-371-8013
stephen.bruce@prodigy.net

Attorney for Plaintiff and the Plaintiff Class

**Certificate of Service**

I hereby certify that, on this 29th day of November, 2011, a true and correct copy of Plaintiff's Motion for Temporary Stay and Proposed Schedule for Briefing on a Stay Under FRCP 62(c) and the Proposed Order was sent via CM/ECF electronic filing, addressed to the following attorneys:

    Thomas C. Rice
    Jonathan K. Youngwood
    Simpson Thacher & Bartlett
    425 Lexington Ave.
    New York, NY 10017

    Andrew M. Lacy
    Simpson Thacher & Bartlett
    1155 F St., NW
    Washington, DC 20004

    Attorneys for Defendants

                                            /s/ Stephen R. Bruce
                                            Stephen R. Bruce