UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JAMAL J. KIFAFI, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

HILTON HOTELS RETIREMENT PLAN, HILTON HOTELS CORPORATION, JAMES M. ANDERSON, MATTHEW J. HART, BARRON HILTON, DIETER HUCKESTEIN, and SAM D. YOUNG, JR.,

    Defendants.

CONFIDENTIAL – FILED UNDER SEAL

Case No.: 1:98CV01517 (CKK)

Hon. Colleen Kollar-Kotelly

---

## DEFENDANTS' MOTION FOR A STAY PENDING APPEAL AND REQUEST FOR EXPEDITED TREATMENT

Defendants Hilton Hotels Retirement Plan (the "Plan"), Hilton Hotels Corporation, James M. Anderson, Matthew J. Hart, Barron Hilton, Dieter Huckestein, and Sam D. Young, Jr. ("Defendants") respectfully submit this motion for a stay pending appeal and request for expedited treatment. In support of this motion, Defendants submit a Memorandum of Points and Authorities in Support of Defendants' Motion for a Stay Pending Appeal and Request for Expedited Treatment, and the Declaration of Andrew M. Lacy in Support of Defendants' Motion for a Stay Pending Appeal and Request for Expedited Treatment (and the annexed Declaration of Michael W. Duffy).

WHEREFORE, for the reasons contained in the accompanying memorandum of points and authorities, Defendants respectfully request that the Court:

1. Set a December 5, 2012 response date for the instant motion, and a reply date of December 8, 2012;

2. Enter an order (1) staying implementation of the Plan amendment approved by the Court within its November 23, 2011 order [Dkt #280] pending Defendants' appeal to the Circuit Court of Appeals for the District of Columbia, (2) staying payments of new benefits to current or newly-vested Plan participants pending Defendants' appeal to the Circuit Court of Appeals for the District of Columbia, and (3) requiring no bond or, in the alternative, a bond in an amount no greater than $37.9 million.

Dated: November 28, 2011

Respectfully submitted,

By: _____

Thomas C. Rice (*admitted pro hac vice*)
Jonathan K. Youngwood (*admitted pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Andrew M. Lacy (D.C. Bar #496644)
SIMPSON THACHER & BARTLETT LLP
1155 F St., N.W.
Washington, D.C. 20004
(202) 636-5500
(202) 636-5502

*Attorneys for Defendants Hilton Hotels Retirement Plan, Hilton Hotels Corporation, James M. Anderson, Matthew J. Hart, Barron Hilton, Dieter Huckestein, and Sam D. Young, Jr.*