UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- x
:
JAMAL J. KIFAFI, individually and on behalf of   :
all others similarly situated,                   :
:
Plaintiff,              :
v.                                               :   Civil Action No. 98-1517 (CKK)
:
:
HILTON HOTELS RETIREMENT PLAN,                   :
*et al.*,                                        :
Defendants.             :
------------------------------------------------------------- x

# [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A STAY PENDING APPEAL AND REQUEST FOR EXPEDITED TREATMENT

Upon consideration of Defendants' Motion for a Stay Pending Appeal and Request for Expedited Treatment, and all supporting papers, relevant authority regarding the issues raised in the motion, the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED:

1. Implementation of the Plan amendment approved by this Court in the November 23, 2011 order [Dkt #280] is stayed pending resolution of Defendants' appeal to the Circuit Court of Appeals for the District of Columbia;

2. Payment of new benefits to current or newly-vested Plan participants is stayed pending resolution of Defendants' appeal to the Circuit Court of Appeals for the District of Columbia; and

3. Defendants are not required to post a bond to secure the above stay.

It is so ORDERED this ___ day of _____ 2011.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge